**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Larry Arnold YOUNG, Defendant–Appellant.**

No. 10–6698.

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2010.

Decided: Aug. 9, 2010.

Larry Arnold Young, Appellant pro se. John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

268

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Arnold Young appeals the district court's order denying his motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Young*, No. 1:88–cr–00112–1, 2010 WL 1790438 (S.D.W.Va. Apr. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*